IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID R. PUCKETT                                                                                          PLAINTIFF
ADC #106590

V.                                         NO.  5:08cv00097 JMM

LARRY B. NORRIS, et al                                                                              DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this complaint in its entirety, with prejudice.  Any pending motions are denied as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith.  Additionally, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 14th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE