IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID R. PUCKETT                                                                                      PLAINTIFF
ADC #106590

V.                                           NO.  5:08cv00097 JMM

LARRY B. NORRIS, et al                                                                            DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint in its entirety, with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder would not be taken in good faith.

IT IS SO ORDERED this 14th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE