IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID R. PUCKETT                                                                                    PLAINTIFF
ADC #106590

V.                                          NO.  5:08cv00097 JMM

LARRY B. NORRIS, et al                                                                          DEFENDANTS

## ORDER

Plaintiff untimely filed his objections to the Proposed Findings and Recommended Disposition of Magistrate Judge Jerry Cavaneau on May 13, 2008, after the Court had signed the Order adopting the Findings and Recommendations in their entirety.

After review of the objections and the relevant record de novo, the Court finds that the previous Order stands.

As stated in the previous Order, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from this order adopting the recommendations, and any judgment entered hereunder, would not be taken in good faith. Additionally, this dismissal counts as a "strike" as frivolous pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 15th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE